UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
HANNIBAL WHEATLEY, on behalf of himself
and all others similarly situated, :

                Plaintiff,                     Case No. 24-cv-7324

      v.

32 BAR BLUES LLC,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## CORPORATE DISCLOSURE STATEMENT FOR DEFENDANT
## 32 BAR BLUES, LLC

NOW COMES Defendant, 32 Bar Blues, LLC ("Defendant"), by its undersigned counsel, and states in support of its corporate disclosure statement pursuant to Federal Rule of Civil Procedure 7.1, and local rule of the United States District Court Northern District 3.2, as follows:

1. Defendant has no publicly held affiliates.

2. Defendant is a privately held company and there is no publicly held corporation that owns 10% or more of Defendant.

3. Defendant's parent companies are Blue Highways Holdings, LLC and Cobalt, 27 LLC.

Pursuant to Federal Rule of Civil Procedure 7.1(b)(2), Defendant reserves the right to file a supplement to this disclosure promptly upon any change in circumstance.

Dated: November 27, 2024                Respectfully submitted,

                                              32 BAR BLUES, LLC

                                By: _____
                                    Adi Kanlic, ARDC No. 6320888
                                    O'HAGAN MEYER LLC

One East Wacker Drive, Suite 3400
Chicago, Illinois 60601
Telephone: 312.422.6100
Fax: 312.422.6110 – F
Email: akanlic@ohaganmeyer.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 27, 2024, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system:

Jon L. Norinsberg, Esq.
Bennitta L. Joseph, Esq.
**JOSEPH & NORINSBERG, LLC**
jon@norinsberglaw.com
bennitta@employeejustice.com
110 East 59th Street, Suite 2300
New York, New York 10022
Tel: (212) 227-5700
Fax: (212) 656-1889
*ATTORNEY FOR PLAINTIFF*

Adi Kanlic, ARDC No. 6320888
O'HAGAN MEYER LLC
One East Wacker Drive, Suite 3400
Chicago, Illinois  60601
Telephone: 312.422.6100
Fax: 312.422.6110
Email: akanlic@ohaganmeyer.com