UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HANNIBAL WHEATLEY, on behalf of himself and all others similarly situated,

            Plaintiffs,

v.

32 BAR BLUES, LLC,

            Defendant.

1:24-cv-07324 (DEH) (HJR)

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

      IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Hannibal Wheatley, ("Plaintiff") and 32 Bar Blues, LLC ("Defendant"), by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed with prejudice, without costs or attorneys' fees.

Dated:  January 13, 2025

**JOSEPH & NORINSBERG, LLC**

By: /s/ Arjeta Albani
Arjeta Albani, Esq.
110 East 59th Street, Suite 2300
New York, New York 10022
Tel: (212) 227-5700
arjeta@employeejustice.com
jon@norinsberglaw.com
bennitta@employeejustice.com
*Attorneys for Plaintiff*

By: /s/ Adi Kanlic
Adi Kanlic, Esq.
O'Hagan Meyer
One East Wacker Drive, Suite 3400
Chicago, Illinois 60601
akanlic@ohaganmeyer.com
Attorneys for Defendant

SO ORDERED:

Dated:  1/13/2025

_____
United States District Judge